O

FILED
CLERK, U.S. DISTRICT COURT

February 4, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___JD___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN REINER, | Case No. CV 15-07577-GHK (KES) |
| Petitioner, | |
| vs. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| MANUEL GRAIWER, et al., | |
| Respondent. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that Judgment be entered declaring Plaintiff a "vexatious litigant" and remanding this case to the Los Angeles County Superior Court.

DATED:   2/3/16

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE