JS-6

FILED
CLERK, U.S. DISTRICT COURT

February 4, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: JD DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MARTIN REINER,

        Petitioner,

vs.

MANUEL GRAIWER, et al.,

        Respondent.

Case No. CV 15-07577-GHK (KES)

**J U D G M E N T**

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ORDERED that this case be remanded to the Superior Court of the State of California for the County of Los Angeles.

DATED:   2/3/16

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE